# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| MELANIE HARTER, | ) Case No. 2:11CV 00142 |
| | ) |
| Plaintiff, | ) JUDGE EDMUND A. SARGUS |
| | ) MAGISTRATE SEAVERS |
| vs. | ) |
| | ) **STIPULATION AND JUDGMENT** |
| AVURE TECNOLOGIES, INC. | ) **ENTRY OF DISMISSAL WITH** |
| | ) **PREJUDICE** |
| Defendants. | ) |
| | ) |

NOW COME Melanie Harter, by and through counsel, and Avure Technologies, Inc., by and through counsel and hereby stipulate that the within cause shall be dismissed with prejudice in its entirety and with the provision that each party bear its own costs and attorney's fees.

Based upon the above stipulation and for good cause shown it is **ORDERED, ADJUDGED AND DECREED** that the within cause be and the same is hereby dismissed in its entirety with prejudice. It is further **ORDERED, ADJUDGED AND DECREED** that each party shall bear its own costs and attorney's fees.

**IT IS SO STIPULATED:**     **IT IS SO ORDERED:**

_/s/ Laren E. Knoll_     _/s/_

Laren E. Knoll, Esq. (0070594)     U.S. District Judge
The Knoll Law Firm LLC
5248 Bethel Reed Park
Columbus, Ohio 43220     4-13-2011
Phone: 614-372-8890     Date
Facsimile: 614-442-8718
lknoll@knolllaw.com
**Attorney for Plaintiff Melanie Harter**

/s/ Lois A. Gruhin
Lois A. Gruhin (0012672)
Zashin & Rich Co., L.P.A.
17 South High Street, Suite 750
Columbus, Ohio 43215
Phone: 614-224-4411
Facsimile: 614-224-4433
lag@zrlaw.com
**One of the Attorneys for Defendant Avure Technologies, Inc.**